**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00076-CV**
_____

**IN THE INTEREST OF L.A.G.K.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-11-12110-CV**

**MEMORANDUM OPINION**

The appellant has filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision by this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We therefore grant the motion and dismiss the appeal. *Id.*

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 2, 2017
Opinion Delivered August 3, 2017

Before McKeithen, C.J., Horton, and Johnson, JJ.